*Jackson, on the demise of Williams and others,* v.
*Chamberlin and others.*

RUSSEL moved for judgment, as in case of non-suit, for not proceeding to trial.    The affidavit stated, that issue was joined previous to *June*, 1802.

*Van Vechten* read an affidavit, setting forth that thirty-five cases were on the calendar, of which only thirteen were tried, but, from the length of those, and the criminal business before the court, the present action could not be heard.

*Per Curiam.*    As many causes *were* tried, it is incumbent on the plaintiff to show that *those* issues were older than *his.*    Let the defendant take the effects of his motion, unless the plaintiff stipulate and pay costs.

*David Deas* v. *Paschal N. Smith, President of the
Columbian Insurance Company.*

ISSUE had been joined in this cause, in 1800, and two commissions had been sued out ; one had been returned, but a long time having elapsed, the defendant gave notice, for the last term, that he would then move for judgment, as in case of nonsuit.    On its being brought on, the plaintiff stipulated to try, at the next sittings, or circuit court, reserving to himself the right of applying to the court, for a renewal of the stipulation, in case the other commission, then pending, should not be returned.